UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Dennis Nichols | ) CASE NO. 13-06227-JKC-7 |
| Misty Nichols | ) |
| | ) |
| Debtors. | ) |

## MOTION TO REDEEM PROPERTY AND NOTICE OF OBJECTION DEADLINE

The debtor(s) hereby move(s) the Court, pursuant to 11 U.S.C. §722, for an order permitting the debtor(s) to redeem an item of tangible personal property from a lien securing a dischargeable consumer debt.

1. The item(s) of personal property involved are Miscellaneous Household Goods (movies, microwave, computer) intended primarily for personal, family or household use.

2. The debtor(s) originally purchased the property on 7/2011 and the original price was $1,107.00

3. The debtor(s) have not obtained an appraisal; and believe the fair market value of the property to be $200.00

4. The security interest of Capital One/Best Buy in the property is a dischargeable consumer debt.

**PLEASE TAKE NOTICE THAT** any objection must be filed with the Bankruptcy Clerk within 21 days of the date of this notice [or such other time period as may be permitted by Fed.R. Bankr.P 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. Mail, courier, overnight/express mail, or in person at:

Indianapolis
116 US Courthouse
46 E Ohio St.
Indianapolis, IN 46244

The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is NOT timely filed, the requested relief may not be granted.**

WHEREFORE, the debtor(s) move(s) the Court for an order permitting the debtor(s)to redeem the property by paying the creditor the proposed amount, finding that the remainder of the claim of said creditor is a dischargeable consumer debt, and granting such other relief as may be appropriate.

Respectfully submitted,

/s/ John Steinkamp
John Steinkamp and Associates
John Steinkamp
5218 S. East Street, Ste. E-1
Indianapolis, IN 46227
(317) 780-8300
steinkamplaw@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the forgoing pleading was served on the following by US Mail, first class postage paid and/or via ECF on August 2, 2013

Highest Ranking Officer
Capital One/Best Buy
3936 E. Fort Lowell Rd.
Tucson, AZ 85712

Capital One/Best Buy
PO Box 30281
Salt Lake City, UT 84130

Greg Silver, Chapter 7 Trustee

Nancy Gargula, US Trustee

/s/ John Steinkamp
John Steinkamp
John Steinkamp and Associates
5218 S. East Street, Ste. E-1
Indianapolis, IN 46227
(317) 780-8300
steinkamplaw@yahoo.com