SO ORDERED: August 29, 2013.



James K. Coachys
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Dennis Nichols | ) CASE NO. 13-06227-JKC-7 |
| Misty Nichols | ) |
| | ) |
| Debtors. | ) |

### ORDER ON DEBTOR(S) MOTION TO REDEEM PROPERTY

Debtor(s) herein, by counsel, having filed their Motion to Redeem Property held primarily for Personal, Family and Household use,

and the Court being duly advised in the premises and notice having been sent to Capital One/Best Buy advising that unless a written objection to Debtor(s) Motion was filed within Twenty-one (21) days from the date of said Notice, the Court could approve said Application without hearing, and the Court finding that said Notice having been sent and no timely objections filed, now finds that said Application should be approved.

Accordingly, it is ORDERED, ADJUDGED AND DECREED that the Debtor(s) be and hereby is authorized to redeem the Household Goods for the cash sum of $200.00 payable within thirty (30) days of this Order, and upon payment the purchase money security interest of Capital One/Best Buy will be cancelled and determined null and void

###